IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James F. Benson,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>D.W. Haynes, et al.,<br><br>　　　　　Respondents. | )<br>)<br>) CIV 04-1339-PCT-EHC (ECV)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>) |

On June 28, 2004, Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. 1). On August 3, 2004, an Amended Petition was filed pursuant to 28 U.S.C. § 2254. (Dkt. 4). On November 8, 2004, a Response was filed . (Dkt. 8). Petitioner filed a Reply on December 15, 2004. (Dkt. 9). Magistrate Judge Edward C. Voss issued a Report and Recommendation October 13, 2005. (Dkt. 14). Petitioner filed a "Motion of Response to Report and Recommendation" October 21, 2005 which the Court construes as an Objection. (Dkt. 16).

**STANDARD OF REVIEW**

A district court judge reviews *de novo* the Report and Recommendation of a

Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C) and Rule 1.15(b), Rules of Practice of the United States District Court for the District of Arizona.

## **DISCUSSION**

The Court having reviewed the record *de novo*, including the Objection (Response), adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. (Dkt. 14 ).

**IT IS FURTHER ORDERED** that the Amended Petition is denied and dismissed without prejudice. (Dkt. 4).

DATED this 3rd day of November, 2005.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge